Rockingham
No. 84-263

THE STATE OF NEW HAMPSHIRE

v.

JOHN B. MARSHALL, JR.

March 7, 1985

*Stephen E. Merrill,* attorney general (*Brian T. Tucker,* assistant attorney general, on the brief), by brief for the State.

*Joanne S. Green,* assistant appellate defender, of Concord, by brief for the defendant.

MEMORANDUM OPINION

The defendant asserts error relating to his failure to testify at his aggravated felonious sexual assault trial before *Gray,* J. The defendant acknowledges that he has failed to preserve the issue he now raises on appeal. Accordingly, the defendant has waived his right to raise this argument on appeal. *State v. Laliberte,* 124 N.H. 621, 474 A.2d 1025 (1984).

*Affirmed.*